SEALED
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2019 DEC 10 PM 5:02
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS SRYNIAWSKI,<br><br>Defendant. | 8:19CR 394<br><br>INDICTMENT<br>18 U.S.C. § 2261A(2)(B)<br>18 U.S.C. § 875(d) |

The Grand Jury charges that

### COUNT I

Beginning on or about October 16, 2018, and continuing to on or about October 18, 2018, in the District of Nebraska, defendant, DENNIS SRYNIAWSKI, with the intent to intimidate or harass another person, specifically: J.P., a member of J.P.'s immediate family, and a spouse of J.P., used facilities of interstate commerce, to wit: e-mail, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to J.P., a member of J.P.'s immediate family, and a spouse of J.P..

In violation of Title 18, United States Code, Section 2261A(2)(B).

### COUNT II

Beginning on or about October 16, 2018, and continuing to on or about October 18, 2018, in the District of Nebraska, defendant, DENNIS SRYNIAWSKI, with the intent to extort from another person, specifically: J.P., a thing of value, transmitted in interstate commerce a communication containing a threat to injure the reputation of J.P. or of another, specifically J.P., a member of J.P.'s immediate family, and a spouse of J.P..

In violation of Title 18, United States Code, Section 875(d).

A TRUE BILL.

*FOREPERSON*

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*[signature]*
SEAN P. LYNCH, #25275
Assistant U.S. Attorney