**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:19CR394 |
| | ) | |
| vs. | ) | |
| | ) | |
| DENNIS SRYNIAWSKI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Motion to Continue Trial [51]. Counsel request a continuance because another trial with priority is expected to commence on the same scheduled date, to allow for adequate preparation, and to avoid other known conflicts.  The parties jointly move to continue the trial to a date on or after June 1, 2021.  For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion to Continue Trial [51] is granted, as follows:

1. The jury trial, now set for April 20, 2021, is continued to **June 15, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 15, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  April 14, 2021.**

**BY THE COURT:**


**s/ Michael D. Nelson**
**United States Magistrate Judge**