IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19-CR-394 |
| vs. | ORDER |
| DENNIS SRYNIAWSKI, | |
| Defendant. | |

This matter comes before the Court following the Eighth Circuit's reversal of defendant Dennis Sryniawski's conviction. *See United States v. Sryniawski*, 48 F.4th 583 (8th Cir. 2022). Prior to the Eight Circuit's decision, Sryniawski paid a $100.00 Special Assessment pursuant to 18 U.S.C. § 3013(a)(2). In light of the Eighth Circuit's decision, Sryniawski is entitled to a refund of the special assessment. Accordingly,

IT IS ORDERED that the Clerk of the Court shall refund the special assessment of $100.00 to the defendant, Dennis Sryniawski, c/o his attorney, David R. Stickman, Federal Public Defender's Office – Omaha, One Central Park Plaza, 222 South 15th Street, Suite 300N, Omaha, NE 68102.

Dated this 2nd day of February 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge